NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CLYDE C. GRADY, II,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-5129

---

Appeal from the United States Court of Federal Claims in No. 13-CV-0015, Senior Judge Eric G. Bruggink.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Clyde C. Grady, II moves without opposition to file an extended reply brief of no more than 12,549 words.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                          GRADY v. US


  The motion is denied. Grady must file a conforming reply brief of no more than 7,000 words within 21 days of the date of this order.

        FOR THE COURT

        /s/ Daniel E. O'Toole
        Daniel E. O'Toole
        Clerk of Court


s24